UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LENORA E. BLACKWELL, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:12-CV-651-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 16, 2014, that the Administrative Law Judge rendered a favorable decision to plaintiff on July 25, 2014 which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on October 16, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


October 16, 2014                    JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk