IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-00651-FL

| | |
|---|---|
| LENORA E. BLACKWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

Plaintiff's counsel filed a motion for approval of attorney's fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $7,672.15. Attorney's fees under § 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,500.00 (D.E. #33).

Defendant filed a response, stating that under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 7,672.15 , and refund to Plaintiff the smaller award between this amount and the EAJA award.

This 7th day of January, 2015

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE